IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) FILE NO. 1:20-cv-132 |
| | ) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |

**CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of January 2020, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Kimberly S. Hermann, Declaration of Kimberly S. Hermann and Proposed Order was served by U.S. Postal Service, Certified Mail, Return Receipt Requested upon the following:

    United States Department of State
    The Executive Office
    Office of Legal Adviser
    Suite 5.600, 600 19th Street NW
    Washington, DC  20522

    Honorable William P. Barr
    United States Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC  20530-0001

    Civil Process Clerk
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, DC  20530

    /s/ Adam R.F. Gustafson_____
    Adam R.F. Gustafson