IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
JOHN SOLOMON,                                       )
                                                    )
                        Plaintiff,                  )
                                                    )
            v.                                      )          Case No. 1:20-cv-00132-RDM
                                                    )
UNITED STATES DEPARTMENT OF STATE,                  )
                                                    )
                        Defendant.                  )
_____)

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully submit this Joint Status Report

pursuant to the Court's order dated March 26, 2020.

Defendant United States Department of State ("State")'s Freedom of Information Act

("FOIA") search, processing, and production efforts remain severely curtailed due to the

COVID-19 Pandemic's effect on its operations.  *See* ECF No 13-1.  State has begun but has not

yet completed its searches for records potentially responsive to the FOIA request at issue in this

case.  While searches for records on classified systems are not currently possible due to the

ongoing impact of COVID-19 mitigation measures on staffing, State has made progress on the

unclassified portion of its searches.  State has received search-tasking results from one

Department component, and is awaiting results from another bureau, which itself is facing severe

operational impacts from COVID-19 mitigation measures.

State is also actively working to establish telework processing capabilities for FOIA

matters, to the extent possible.  The unclassified portion of the FOIA request at issue in this case

will be processed on a document review platform that can be accessed remotely once the

requisite technical and administrative components are in place.

In light of the above, State hopes to complete the unclassified portion of its initial searches within the next few weeks, and, in any event, expects to be in a position by June 24, 2020, to propose a processing schedule for records it has collected thus far.  The parties propose to file another joint status report on or before June 25, 2020, providing an update on the status of State's searches and proposing a schedule for further proceedings.  A proposed order is attached.

Respectfully submitted this 26th day of May, 2020,

/s/ James R. Conde
James R. Conde (D.C. Bar 1031694)
Boyden Gray & Associates P.L.L.C.
801 17th St. NW, Ste. 350
Washington, DC 20006
(202) 955-0622
(202) 955-0621 (fax)

KIMBERLY S. HERMANN (GA Bar No. 646473)
(admitted *pro hac vice*)
Southeastern Legal Foundation
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
Telephone: (770) 977-2131
Facsimile: (770) 977-2134
khermann@southeasternlegal.org

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ Liam C. Holland
LIAM C. HOLLAND (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

Telephone: (202) 514-4964
Facsimile: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*s