IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN SOLOMON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Case No. 1:20-cv-00132-RDM |
| UNITED STATES DEPARTMENT OF STATE, | | |
| Defendant. | | |

**JOINT STATUS REPORT**

The parties, by and through counsel, respectfully submit this Joint Status Report pursuant to the Court's minute order dated June 26, 2020.

As reported in its previous status report, Defendant United States Department of State ("State")'s Freedom of Information Act ("FOIA") search, processing, and production efforts remain severely curtailed due to the COVID-19 Pandemic's effect on its operations. *See* ECF No 13-1. As reported in the last joint status report, *see* ECF No. 17, State has completed the unclassified portion of its initial search for records potentially responsive to the FOIA request at issue in this case. The search yielded approximately 1,700 pages of material. State made its first interim production of responsive non-exempt records on July 31, 2020.

State has partially completed the classified portion of its search, but certain components of the search have not been completed due to staffing constraints. Namely, some personnel responsible for conducting certain search components are teleworking as part of the Department-wide response to the COVID-19 pandemic, and are therefore currently unable to access State's classified computer network. Despite limitations in its current ability to complete the classified

portion of its search, State has begun reviewing and processing the documents it has collected thus far.

Of the documents it has collected so far, State reports there are approximately 600 pages of material remaining to be processed. State anticipates making rolling interim productions until processing is complete. The parties have conferred and the parties propose to file another joint status report on or before October 2, 2020 proposing a schedule for further proceedings.

Respectfully submitted, this 3rd day of August, 2020.

JAMES R. CONDE (D.C. Bar No. 1031694)
Boyden Gray & Associates P.L.L.C.
801 17th St. NW, Ste. 350
Washington, DC 20006
Telephone: (202) 955-0622
Facsimile: (202) 955-0621

*/s/ Kimberly S. Hermann*
KIMBERLY S. HERMANN (GA Bar No. 646473)
(admitted *pro hac vice*)
Southeastern Legal Foundation
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
Telephone: (770) 977-2131
Facsimile: (770) 977-2134
khermann@southeasternlegal.org

*Attorneys for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

Telephone: (202) 514-4964
Facsimile: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*s